United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCUS G. MCGINNIS,

    Plaintiff,

v.

EARL JONES, et al.,

    Defendants.

Case No. 20-cv-01695-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 18

Defendants have filed an *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Asha Jameson, the court GRANTS the request. Docket No. 18. The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **April 16, 2021**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **May 21, 2021**. Defendants must file and serve their reply brief (if any) no later than **June 11, 2021**.

    **IT IS SO ORDERED**.

Dated: January 21, 2021

SUSAN ILLSTON
United States District Judge