1  MATTHEW RODRIQUEZ
   Acting Attorney General of California
2  MARISA KIRSCHENBAUER
   Supervising Deputy Attorney General
3  ASHA M. JAMESON
   Deputy Attorney General
4  State Bar No. 269176
    1300 I Street, Suite 125
5    P.O. Box 944255
    Sacramento, CA 94244-2550
6   Telephone:  (415) 510-3833
    Fax:  (415) 703-5843
7   E-mail:  Asha.Jameson@doj.ca.gov
   *Attorneys for Defendants*
8  *P. Salonga and E. Jones*

9                 IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

13

| | |
|---|---|
| 14  **MARCUS G. MCGINNIS,** | 3:20-cv-01695-SI |
| 15                          Plaintiff, | **DECLARATION OF DEPUTY ATTORNEY GENERAL ASHA M.** |
| 16           **v.** | **JAMESON IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL** |
| 17  **RON DAVIS, et al.,** | **PLAINTIFF'S DEPOSITION AND TO MODIFY SCHEDULING ORDER RE** |
| 18                        Defendants. | **DISPOSITIVE-MOTION DEADLINE** |
| 19  | Judge:        The Honorable Susan Illston |
| 20  | Trial Date: |
| 21  | Action Filed:  March 9, 2020 |

22        I, Asha M. Jameson, declare and state:

23        1.    I have personal knowledge of the facts attested to herein, and if called to testify,

24   would and could testify competently hereto.

25        2.    I am a Deputy Attorney General in the Correctional Law Section of the Office of the

26   Attorney General of the State of California.  I am admitted to practice law in the State of

27   California and before this Court.  I represent Defendants Salonga and Jones in the above-

28   captioned matter.

                                              1

3.     After receipt of the Court's order extending deadlines of the scheduling order issued in this action, I noticed the deposition of Plaintiff on March 17, 2021, to take place on April 1, 2021.  A true and correct copy of the Notice of Taking Deposition of Plaintiff Marcus McGinnis is attached as **Exhibit C**.

4.     On March 20, 2021, I received an email from Plaintiff Marcus McGinnis acknowledging receipt of the Notice of Deposition.  A true and correct copy of this email is attached as **Exhibit D**.

5.     Between the dates of March 11 and March 30, 2021, I sent two letters and four emails to Plaintiff McGinnis, attempting to discuss his deposition and offering him the option of continuing the deposition to prepare and/or hire an attorney.  True and correct copies of the letters and email are attached as **Exhibits A, B, E, F, G, and H**.

6.     Between the dates of March 20 and March 30, 2021, I made several attempts to reach Plaintiff McGinnis via the cell phone number he provided in his email dated March 20, 2021.  I was unable to leave a message because Plaintiff's mailbox was full.  On March 26, 2021, Plaintiff answered my call.  He immediately told me that he did not want to speak with me without an attorney and that he was "looking into" obtaining one, and ended the phone call.  I followed up via email shortly thereafter expressing Defendants' willingness to continue the deposition so that Plaintiff could obtain an attorney, and/or prepare for the deposition.  I did not receive any further communication from the Plaintiff either accepting Defendants' offer to stipulate to a continuance or objecting to the taking of his deposition.

7.     On April 1, 2021, I appeared for THE video deposition of Plaintiff at approximately 8:45 am.  The court reporter and a computer technician were also present.  By 9:22 am, Plaintiff was not present and I ended the deposition.  A true and correct copy of the deposition transcript is attached as **Exhibit I**.

8.     Prior to the attempt to depose Plaintiff on April 1, 2021, I performed several hours of work preparing for Plaintiff's deposition by investigating Plaintiff's allegations, researching legal authority, reviewed voluminous medical records, seeking out documents to be used as exhibits at the deposition, and setting up a location, computer, and tech assistance for Plaintiff to employ

2

Decl. of Deputy Attorney General Asha M. Jameson in Support of Defs' Motion to Compel and to Impose Sanctions
(3:20-cv-01695-SI)

1  during the deposition.  I also appeared at the deposition, along with my colleagues, Deputy

2  Attorneys General Gina Papan and Tessa Lessner.  However, Defendants are only requesting the

3  costs incurred by having the court reporter appear and the webcam equipment set-up.  Attached as

4  **Exhibit J** is a true and correct copy of the invoice reflecting a balance due of $295.00.

5         8.      Without being able to take Plaintiff's deposition, Defendants will be severely

6  prejudiced in their ability to defend themselves in this case.  Defendants require Plaintiff's

7  deposition to fully understand Plaintiff's claims against them, and to ascertain whether there are

8  any witnesses or other evidence relevant to this case.  Modification of the scheduling order to

9  allow a dispositive motion to be filed ninety days after the completion of the deposition would

10  allow sufficient time for the deposition transcript to be prepared, reviewed, and signed by the

11  witness, any follow-up discovery to be conducted, and to incorporate the testimony into a

12  dispositive motion.

13        I declare under penalty of perjury that the foregoing is true.  Executed on April 12, 2021 at

14  Oakland, California.

15

16

17                                  /s/ *Asha M. Jameson*
                                ASHA M. JAMESON

18                                  Deputy Attorney General
                                *Attorneys for Defendants*

19  SF2020401631

20  34995915.docx

21

22

23

24

25

26

27

28

Decl. of Deputy Attorney General Asha M. Jameson in Support of Defs' Motion to Compel and to Impose Sanctions
(3:20-cv-01695-SI)

# EXHIBIT A



**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (415) 510-3833
Facsimile:  (415) 703-5843
E-Mail:  Asha.Jameson@doj.ca.gov

March 11, 2021

Marcus McGinnis (BJ4805)
San Quentin State Prison
Main Street
San Quentin, CA 94974

RE:    *M. McGinnis (BJ4805) v. Davis*
        United States District Court, Northern District of California, Case No. 3:20-cv-01695-SI

Dear Mr. McGinnis:

I represent Defendants Jones and Salonga in the above-mentioned civil action.  The Defendants would like to take your deposition the week of March 29, 2021.  I expect the deposition to run no more than 8 hours.

Please respond to this letter in writing or to the email address above with the following information:
    1)  What date(s) will work for you during the week of March 29, 20219?
    2)  Do you have internet and computer access available to you for the deposition?
    3)  Do you have transportation to and from the deposition?
    4)  Do you plan to retain counsel before the deposition?  If so, please provide the name and contact information of your attorney.
    5)  Where are you currently located?

Sincerely,

*/s/ Asha M. Jameson*
ASHA M. JAMESON
Deputy Attorney General

For    XAVIER BECERRA
        Attorney General

AMJ:

SF2020401631
34907171.docx

# EXHIBIT B



*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (415) 510-3833
Facsimile:  (415) 703-5843
E-Mail:  Asha.Jameson@doj.ca.gov

March 18, 2021

Marcus McGinnis (BJ4805)
Motel 6
3380 Solano Ave.
Room 217
Napa, CA 94558

RE:     *M. McGinnis (BJ4805) v. Davis*
        United States District Court, Northern District of California, Case No. 3:20-cv-01695-SI

Dear Mr. McGinnis:

I represent Defendants Jones and Salonga in the above-mentioned civil action.  I sent a letter to
you last week regarding a proposed deposition during the week of March 29, 2021.  I have not
heard back from you regarding your schedule and access to video technology.

At this time, I have scheduled the deposition for April 1, 2021 at 9am at the Hawthorne Suites
Napa Valley boardroom room located at 314 Soscol Ave., Napa, CA 94559.  I expect the
deposition to run no more than seven hours.

If I do not hear back from you by March 25, 2021, one week before the scheduled deposition, I
will assume you will not be appearing and are deciding not to have your deposition taken at this
time.

Sincerely,

*/s/ Asha M. Jameson*
ASHA M. JAMESON
Deputy Attorney General

For     XAVIER BECERRA
        Attorney General

AMJ:
SF2020401631
Letter dated 3.18.21

# EXHIBIT C

1  XAVIER BECERRA
   Attorney General of California
2  MARISA KIRSCHENBAUER
   Supervising Deputy Attorney General
3  ASHA M. JAMESON
   Deputy Attorney General
4  State Bar No. 269176
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (415) 510-3833
     Fax:  (415) 703-5843
7    E-mail:  Asha.Jameson@doj.ca.gov
   *Attorneys for Defendants*
8  *P. Salonga and E. Jones*

9              IN THE UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                  SAN FRANCISCO DIVISION
12

13

14  **MARCUS G. MCGINNIS,**                    3:20-cv-01695-SI

15                              Plaintiff,    **NOTICE OF TAKING DEPOSITION OF
                                             PLAINTIFF MARCUS G. MCGINNIS**
16         v.
                                             Date:          April 1, 2021
17  **RON DAVIS, et al.,**                     Time:          9:00 AM
                                             Action Filed:  March 9, 2020
18                              Defendants.

19

20

21      TO PLAINTIFF MARCUS G. MCGINNIS, PRO SE:

22      PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure,

23  Defendants will take the deposition of Plaintiff Marcus McGinnis, at 9:00 a.m., on April 1, 2021,

24  conducted virtually at the Hawthorne Suites Napa Valley located at 314 Soscol Ave., Boardroom,

25  Napa, CA 94559, before a certified shorthand reporter.  Defendants also reserves the right to

26  record the testimony by videotape or other audiovisual medium.

27      If for any reason the deposition of Plaintiff is not completed on the date indicated therein,

28  the deposition will be continued, at the option of the noticing party, either from day to day

                                  1

thereafter, excluding Saturdays, Sundays and holidays, or will be continued until a date certain as determined by the noticing party.

Dated:  March 17, 2021                              Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MARISA KIRSCHENBAUER
Supervising Deputy Attorney General


*/s/ Asha M. Jameson*
ASHA M. JAMESON
Deputy Attorney General
*Attorneys for Defendants*
*P. Salonga and E. Jones*

SF2020401631
34924181.docx

# EXHIBIT D

## Asha Jameson

**From:**         Marcus G. McGinnis <marcusmcginnis78@gmail.com>
**Sent:**         Saturday, March 20, 2021 1:00 PM
**To:**           Asha Jameson
**Subject:**      deposition


*I am in receipt of the " notice of taking deposition of plaintiff Marcus G. McGinnis".*
*Scheduled April 1, 2021… my current telephone number is my mobile line, (707)732-1426. Please call, I would like to talk about my case and my options if possible. Thanks for your time and effort…*


***Respectfully submitted,*** Marcus McGinnis
<span style="color:red">Confidential material</span>

# EXHIBIT E

**Asha Jameson**

---

**From:**          Asha Jameson
**Sent:**          Monday, March 22, 2021 10:10 AM
**To:**            'Marcus G. McGinnis'
**Subject:**       RE: deposition

Hi Mr. McGinnis,

Thanks for getting in touch.  Happy to talk about the case and your options.  Unfortunately, I'm not able to call from my phone today…something is going on with it.  But I can answer, so please feel free to call me anytime at 415-510-3833.

If I don't hear from you today, I'll try to go into the office and call you from there tomorrow.

Thanks,
Asha Jameson

---

**From:** Marcus G. McGinnis <marcusmcginnis78@gmail.com>
**Sent:** Saturday, March 20, 2021 1:00 PM
**To:** Asha Jameson <Asha.Jameson@doj.ca.gov>
**Subject:** deposition

*I am in receipt of the " notice of taking deposition of plaintiff Marcus G. McGinnis".*
*Scheduled April 1, 2021… my current telephone number is my mobile line, (707)732-1426. Please call, I would like to talk about my case and my options if possible. Thanks for your time and effort…*

                                                            *Respectfully submitted,*    Marcus McGinnis

        Confidential material

1

# EXHIBIT F

**Asha Jameson**

| | |
|---|---|
| **From:** | Asha Jameson |
| **Sent:** | Thursday, March 25, 2021 2:06 PM |
| **To:** | 'Marcus G. McGinnis' |
| **Subject:** | RE: deposition |

Hi there,

Tried calling you on the number below, but it went to voicemail and your mailbox is full.  Can you call me at 415-510-3833?

If you'd prefer to email, you can ask me any questions you want here.

Thanks,
Asha

---

**From:** Marcus G. McGinnis <marcusmcginnis78@gmail.com>
**Sent:** Saturday, March 20, 2021 1:00 PM
**To:** Asha Jameson <Asha.Jameson@doj.ca.gov>
**Subject:** deposition

   *I am in receipt of the " notice of taking deposition of plaintiff Marcus G. McGinnis".*
*Scheduled April 1, 2021... my current telephone number is my mobile line, (707)732-1426. Please call, I would like to talk about my case and my options if possible. Thanks for your time and effort...*

                                                            *Respectfully submitted,*    Marcus McGinnis

               Confidential material

# EXHIBIT G

**Asha Jameson**

| | |
|---|---|
| **From:** | Asha Jameson |
| **Sent:** | Friday, March 26, 2021 1:41 PM |
| **To:** | 'Marcus G. McGinnis' |
| **Subject:** | Deposition - McGinnis v. Davis, et al. |

Hi Mr. McGinnis,

We just spoke for a moment over the telephone.  I represent nurse Salonga and Dr. Jones.  I understand that you are looking into hiring an attorney, and would like to discuss your case and your options with them.  I also assumed you would like to review documents and prepare for the deposition with your attorney, or for yourself if you choose not to hire someone.

I'm happy to continue the deposition for a few weeks, so that you can have the time to look into hiring an attorney, and prepare.

If you'd like to push it back a few weeks, just let me know.  You would also need to agree to continue the date my motion for summary judgment is due, currently 4/16, to accommodate the continuance.

If you'd like to reschedule those dates so you have some more time, please respond to this email with a "yes" or, if you've already hired an attorney, have that attorney call me.

Thank you,
Asha

Asha M. Jameson
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 510-3833
Asha.Jameson@doj.ca.gov

# EXHIBIT H

**Asha Jameson**

| | |
|---|---|
| **From:** | Asha Jameson |
| **Sent:** | Tuesday, March 30, 2021 1:35 PM |
| **To:** | 'Marcus G. McGinnis' |
| **Subject:** | Deposition on Thursday, 4/1 |

Hi Mr. McGinnis,

I've tried reaching out to you by cell phone and by email regarding our deposition on Thursday.  You mentioned you were looking into hiring an attorney so I offered to continue the deposition so that you can be prepared.  I did not hear back from you or your attorney.

If I don't hear back from you by the end of the day today, March 30, 2021, I'm going to assume you are prepared and ready to move forward on Thursday.  If that is not the case, please respond.

Thank you,
Asha


Asha M. Jameson
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(415) 510-3833
Asha.Jameson@doj.ca.gov

# EXHIBIT I

Atkinson-Baker, a Veritext Company
www.depo.com

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARCUS G. MCGINNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: |
| vs. | ) | 3:20-cv-01695-SI |
| | ) | |
| RON DAVIS, et al., | ) | |
| | ) | Reporter's |
| Defendant. | ) | Affidavit |

------------------------------

I, MICHELLE BARBANTE, CSR No. 12601, do hereby declare as follows:

That pursuant to the request of the California Attorney General, attorneys representing the Defendants, I did appear at 314 Soscol Avenue, Napa, California, on Thursday, April 1, 2021, at 9:00 a.m., for the purpose of placing under oath and reporting the deposition of Marcus G. McGinnis, pursuant to subpoena; that there was present via Zoom Asha M. Jameson, Tessa Lessner and Gina Papan of the Office of the California Attorney General; Breana Pozzi of Atkinson-Baker;

1      That the above persons and the reporter remained at

2   the address indicated until approximately 9:20 a.m., by

3   which time the aforementioned Marcus G. McGinnis had not

4   appeared for the purpose of having his deposition taken,

5   at which time the following proceedings were had:

6           "MS. JAMESON:  Hi, my name is Asha Jameson,

7   Deputy Attorney General.  I represent P. Salonga and

8   E. Jones in this matter.

9           "We are here today, April 1st, 2021, for the

10   deposition of plaintiff, Marcus McGinnis.  This is in

11   regard to the lawsuit McGinnis v. Davis et al., Case

12   No. 3:20-cv-01695.

13           "This deposition was set to begin at 9:00 a.m.

14   The time now is 9:20 a.m., and this deposition was set to

15   be conducted by Zoom technology.  On Zoom with us right

16   now is myself, Asha Jameson, the court reporter.

17           "Could you identify yourself, please.

18           "THE REPORTER:  Michelle Barbante.

19           "MS. JAMESON:  And Michelle, is there anyone in

20   the room there with you?  Can they identify themselves.

21           "BREANA POZZI:  I'm Breana Pozzi, the computer

22   technician.

23           "MS. JAMESON:  Thank you.

24           "Also on Zoom is Deputy Attorney General Gina

25   Papan, to observe, and Deputy Attorney General Tessa

1    Lessner, also to observe.

2            "At this time I'd like to -- the court reporter

3    to enter into the record a number of documents regarding

4    the notice and contact that I've had with the plaintiff.

5    The first exhibit would be a letter dated March 11th, sent

6    from myself to the plaintiff notifying him of this

7    deposition.

8            "The second exhibit would be the deposition

9    notice.  It's dated March 17th.

10           "The third exhibit would be a letter -- second

11   letter sent to Mr. McGinnis on March 18th, again notifying

12   him of this deposition.

13           "Exhibit 4 is an email from Mr. McGinnis to

14   myself acknowledging receipt of his notice of taking of

15   deposition.

16           "And Exhibit 5 would be a follow-up email from

17   myself to Mr. McGinnis dated March 22nd, 2021.

18           "Exhibit 5 would be an email from myself to --

19   I'm sorry.  Exhibit 6 -- an email from myself to

20   Mr. McGinnis dated March 25th regarding this deposition.

21           "Exhibit next in order would be an email from

22   myself dated March 26th to Mr. McGinnis regarding this

23   deposition.

24           "And the final exhibit would be an email from

25   myself to Mr. McGinnis dated March 30th regarding this

1    deposition.

2           "At this time, I have not heard back from the

3    plaintiff since his email dated March 20th.  He has not

4    asked to reschedule or cancel, and at this time he is not

5    present.  The time is now 9:22, and I'm going to go ahead

6    and end the deposition."

7           (Defendants' Exhibits 1 through 8 were marked

8    for identification.)

9        I declare under penalty of perjury that the foregoing

10   is true and correct.

11       DATED at Rohnert Park, California, this 6th day of

12   April, 2021.

13
                    *Michelle Barbante*
14   ------------------------------------------
     MICHELLE BARBANTE, CSR No. 12601
15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT J

Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Asha M. Jameson
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-

Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Angelo Nario , anario@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | California Attorney General |
|---|---|
| Taking Attorney: | Asha M. Jameson |
| Case Name: | Marcus G. McGinnis vs. Ron Davis, et al. |
| Case No.: | 3:20-cv-01695-SI |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | 48170286 SF202040163 |
| Clients Ref.#2: | |
| Adjuster: | |
| Description: Webcam Equipment Set Up for the deposition of Marcus G. McGinnis schduled for 4/1/2021. | |

| INVOICE NO. | 1E32B A |
|---|---|
| FIRM NO. | 1168933 |
| INVOICE DATE | 04/02/2021 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Webcam Equipment Set Up | 1 | $ 295.00 | $ 295.00 |
| BALANCE DUE | | | **$ 295.00** |

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per month. If our company deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days of the date of the invoice or you will be deemed to have waived the dispute.

------------------- Fold and tear at this perforation, then return stub with payment. -------------------

| BALANCE DUE | $   295.00 |
|---|---|
| INVOICE NO. | 1E32B A |
| FIRM NO. | 1168933 |

For:   Webcam Equipment Set Up for the deposition of Marcus G. McGinnis schduled for 4/1/2021.

From:  Asha M. Jameson
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-

Remit To:  Atkinson-Baker, a Veritext Company
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.