UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS G. MCGINNIS,<br><br>Plaintiff,<br><br>v.<br><br>EARL JONES, et al.,<br><br>Defendants. | Case No. 20-cv-01695-SI<br><br>**SCHEDULING ORDER** |

This is a *pro se* prisoner's civil rights action under 42 U.S.C. § 1983 in which plaintiff alleges that defendants were deliberately indifferent to his medical/dental needs.

Defendants have filed a motion to compel discovery, seeking sanctions and a court order requiring plaintiff to attend his deposition. Docket No. 20. Defendants report that plaintiff (who is now out of custody) failed to appear for his scheduled deposition after they located him and arranged a date for his deposition. In their motion, defendants also request that the deadline for them to file a dispositive motion be extended from April 16, 2021 until 90 days after plaintiff's deposition takes place.

It is reasonable to extend the deadline to file a dispositive motion until after plaintiff's deposition takes place. Accordingly, the briefing schedule set for defendants to file a dispositive motion is now vacated. The court will set new deadlines when the motion to compel is resolved.

The court now sets the following briefing schedule on defendants' motion to compel. Plaintiff must file and serve his opposition to the motion to compel no later than **May 4, 2021.** Defendants must file and serve their reply, if any, no later than **May 14, 2021.**

It has been a full year since plaintiff filed anything in this case and, according to defendants, plaintiff failed to provide an address after he was released from custody. The court is concerned

that plaintiff may have lost interest in this case. Plaintiff is reminded that he must prosecute the case, must keep the court informed of his current address, and must timely comply with all court orders. Failure to do so may be grounds for dismissal. *See* Fed. R. Civ. Proc. 41(b); N.D. Cal. Local Rule 3-11.

In light of the information in defendants' motion about the difficulty finding plaintiff and their success in communicating with him via email, the court now directs defendants to send to plaintiff a copy of this order via email (e.g., as an attachment to an email) no later than **April 27, 2021** to increase the chances that he will learn of his upcoming filing deadline.

**IT IS SO ORDERED**.

Dated: April 21, 2021

_____
SUSAN ILLSTON
United States District Judge