UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS G. MCGINNIS, | Case No. 20-cv-01695-SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EARL JONES, et al., | |
| Defendants. | |

This action is dismissed with prejudice for failure to prosecute.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 15, 2021

SUSAN ILLSTON
United States District Judge